

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lisa Kouball, on behalf of herself, and all others similarly situated<br><br>**Plaintiff,**<br>V.<br><br>Seaworld Parks & Entertainment, Inc;<br><br>**Defendant.** | Civil Action No.   20cv0870-CAB-BGS<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

SeaWorld's motion to dismiss is GRANTED.
Plaintiff's claims are dismissed as follows:
1. Plaintiff's CLRA, unjust enrichment, and money had and received claims are DISMISSED with prejudice;
2. Plaintiff's UCL and FAL claims based on an omission by SeaWorld, are DISMISSED without prejudice; 3. Plaintiff's UCL and FAL claims based on an affirmative misrepresentation by SeaWorld are DISMISSED without prejudice;
4. Plaintiff's injunctive relief claim is DISMISSED without prejudice;
5. Plaintiff's breach of contract claim is DISMISSED without prejudice.

In light of Plaintiff's notice of intent to stand on the allegations in the original complaint [Doc. No. 20] and Plaintiff's failure to amend the complaint as instructed by the Court's Order granting the Defendant's motion to dismiss [Doc. No. 18], Plaintiff's complaint is hereby DISMISSED.

**Date:**   9/23/20

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ A. Hazard
A. Hazard, Deputy